```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 07792
    ROSELLA THURMOND
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5330


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/01/2004 and was confirmed 04/26/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  17.78% from remaining funds.

     The case was paid in full 08/20/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED             128.05            .00         128.05
FAIRBANKS CAPITAL CORP    CURRENT MORTG          .00            .00            .00
FAIRBANKS CAPITAL CORP    MORTGAGE ARRE     7272.98            .00        7272.98
COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00            .00
DIRECT MERCHANTS BANK     UNSECURED       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED             .00            .00            .00
UNION PLUS                UNSECURED       NOT FILED            .00            .00
ROUNDUP FUNDING LLC       UNSECURED          6339.11           .00        1126.99
ECAST SETTLEMENT CORP     UNSECURED          2543.64           .00         452.20
INTERNAL REVENUE SERVICE  UNSECURED       NOT FILED            .00            .00
FAIRBANKS CAPITAL CORP    COST OF COLLE      350.00            .00         350.00
DONNA M VAN POLEN & ASSO  DEBTOR ATTY      1,500.00                       1,500.00
TOM VAUGHN                TRUSTEE                                          603.78
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              11,434.00

PRIORITY                                              .00
SECURED                                          7,751.03
UNSECURED                                        1,579.19
ADMINISTRATIVE                                   1,500.00
TRUSTEE COMPENSATION                               603.78
DEBTOR REFUND                                         .00
                     ---------------        ---------------
TOTALS               11,434.00                  11,434.00



                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 07792 ROSELLA THURMOND
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 11/27/07                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 04 B 07792 ROSELLA THURMOND